■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAVERNE ELWYN WRIGHT, Appellant.— Order unanimously affirmed. (Appeal from order of Chautauqua County Court denying a motion to vacate a judgment of conviction on January 13, 1960.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUBERT RICHARD CARR, JR., Appellant.— Order unanimously affirmed. (Appeal from order of Monroe Special Term denying a motion to vacate a judgment of conviction rendered March 12, 1959.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS M. LAVELLE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga Special Term dismissing a writ of habeas corpus and remanding the relator to the custody of the Warden.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH HOWARD BORRERO, Appellant, v. GERALD HOWARD, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cattaraugus Special Term dismissing the writ of habeas corpus but granting permission to relator to visit her children at certain hours.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of CHARLES A. LIPINCZYK, Appellant, v. JOHN F. DWYER, as District Attorney of Erie County, et al., Respondents.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Erie Special Term denying petitioner's request that he be furnished with a copy of an information, after a hearing.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of RAYMOND R. VOGEL, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, et al., Respondents.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga Special Term denying an application to be declared presently eligible for parole.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PETERSON, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of robbery, first degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM STALLWORTH, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of robbery, first degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ SYRACUSE SUPPLY COMPANY, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 35606.) — Judgment unanimously affirmed, with costs to claimant. (Cross appeals from judgment of Court of Claims for claimant on a claim for damages resulting from the permanent appropriation of realty.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.